UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr3169-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO CONTINUE MOTION HEARING |
| SERGIO PALAFOX, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED**, for good cause, that the Motion Hearing/Trial Setting date in the above-mentioned case, be continued from October 31, 2008, at 11:00 a.m. to *January 9, 2009*, at *11:00 a.m*., for the reason set forth in the declaration.

**SO ORDERED.**

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge